ACCEPTED
01-14-00768-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/10/2015 4:18:33 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-14-00768-CR

ROBERT WAYNE ROLLINS,     IN THE COURT OF APPEALS
       APPELLANT

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/10/2015 4:18:33 PM
CHRISTOPHER A. PRINE
Clerk

V.      FIRST     SUPREME     JUDICIAL DISTRICT

THE STATE OF TEXAS,
       APPELLEE       HOUSTON, TEXAS

## MOTION FOR EXTENSION OF TIME TO FILE STATE'S RESPONSE BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

Now comes Jack Roady, Criminal District Attorney of Galveston County, Texas, pursuant to Rule 10.5(b), Texas Rules of Appellate Procedure, and moves for an extension of time in which to file the State's Brief and would respectfully show the Court of Appeals as follows:

1. The appellant was convicted of ASSAULT PUBLIC SERVANT, and was sentenced on 8/28/2014. The trial case was styled as *State of Texas v. Robert Wayne Rollins*, in the 405th Judicial District Court of Galveston County, Texas, Cause No. 13-CR-3062. Appellant filed timely Notice of Appeal. The Appellant's brief was filed with this Court on 7/27/2015.

2. The present due date for filing the State's brief is 11/10/2015.

3. This is the State's third motion for extension of time to file its brief.

4. The State's second motion for extension was only for 15 days.

5. The State requests a 3 day extension to file its brief on or before 11/13/2015.

6. The State requests this extension not for delay but for time to complete its response.

1

WHEREFORE, PREMISES CONSIDERED, the State respectfully requests that this Court of Appeals extend the time to file the State's brief until November 13, 2015.

Respectfully submitted,
JACK ROADY
CRIMINAL DISTRICT ATTORNEY
GALVESTON COUNTY, TEXAS

ALLISON LINDBLADE
Assistant Criminal District Attorney
600 59th Street, Suite 1001
Galveston County, Texas 77551
Tel.(409)766-2355, fax (409)766-2290
State Bar Number: 24062850
allison.lindblade@co.galveston.tx.us

## CERTIFICATE OF COMPLIANCE

The undersigned Attorney for the State certifies this brief is computer generated, and consists of 203 words.

ALLISON LINDBLADE
Assistant Criminal District Attorney
Galveston County, Texas

2

## CERTIFICATE OF SERVICE

The undersigned attorney for the State certifies that a copy of the above motion was emailed/ eFiled to Kevin Stryker, Attorney for Appellant, at strykerlawfirm@gmail.com on November 10, 2015.

ALLISON LINDBLADE
Assistant Criminal District Attorney
Galveston County, Texas

## AFFIDAVIT

**THE STATE OF TEXAS**

**COUNTY OF GALVESTON**

Before me, the undersigned authority, on November 10, 2015, appeared Allison

Lindblade, who by me duly sworn did depose and state on oath the following:

"I, Allison Lindblade, Attorney for the State of Texas, have read

the Motion for Extension of Time to File the State's Brief, and swear that

the information contained therein is true and correct."

ALLISON LINDBLADE
Assistant Criminal District Attorney
Galveston County, Texas

SWORN TO AND SUBSCRIBED before me on November 10, 2015.

HEATHER GRUBEN
Notary Public, State of Texas
My Commission Expires
May 06, 2019

NOTARY PUBLIC in and for
the State of Texas

4